se consignan en aquel caso No. 3680, se revoca la sentencia, y se absuelve a la acusada.

PUEBLO, apldo., *v.* LÓPEZ HERMANOS, ETC., aplte.

CORTE DE DISTRITO DE SAN JUAN

No. 3681.—Sometido: Feb. 15, 1929. Resuelto: Feb. 21, 1929.

Este caso es igual al No. 3680, que hemos resuelto hoy 21 de febrero de 1929, salvo en lo que toca a la fecha de los hechos y al nombre del supuesto agente. Por las razones que se consignan en aquel caso No. 3680, se revoca la sentencia, y se absuelve a la acusada.

PUEBLO, apldo., *v.* LÓPEZ HERMANOS, ETC., aplte.

CORTE DE DISTRITO DE SAN JUAN

No. 3679.—Sometido: Feb. 15, 1929. Resuelto: Feb. 21, 1929.

Este caso es igual al No. 3680, que hemos resuelto hoy 21 de febrero de 1929, salvo en lo que toca a la fecha de los hechos y al nombre del supuesto agente. Por las razones que se consignan en aquel caso No. 3680, se revoca la sentencia, y se absuelve a la acusada.

PUEBLO, apldo., *v.* ORTIZ, aplte.

CORTE DE DISTRITO DE PONCE

No. 3778.—Sometido: Marzo 13, 1929.—Resuelto: Mayo 7, 1929.

En este caso se acusó a Luis Ortiz del delito de portar una navaja, arma prohibida, en una reunión lícita. El acusado imputa error en la apreciación de la prueba. Encontrando el Tribunal que hay declaraciones que sostienen el fallo, y que no se trata de algo contrario al orden natural de las cosas, confirmó la sentencia.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.